```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 17684
    STEPHANIE L PRINCE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-2339


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/09/2008 and was not confirmed.

      The case was dismissed without confirmation 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED            .00           .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED            .00           .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED            .00           .00
AMERICAN GENERAL FINANCE UNSECURED        NOT FILED            .00           .00
ASPIRE                   UNSECURED        NOT FILED            .00           .00
BLITT & GAINES PC        UNSECURED        NOT FILED            .00           .00
CCS FIRST SAVINGS BANK   UNSECURED        NOT FILED            .00           .00
FIRST SAVINGS CREDIT CAR NOTICE ONLY      NOT FILED            .00           .00
CHECK INTO CASH          UNSECURED        NOT FILED            .00           .00
CHECK N GO               UNSECURED        NOT FILED            .00           .00
CREDIT ONE BANK          UNSECURED        NOT FILED            .00           .00
FINGERHUT CREDIT ADVANTA UNSECURED        NOT FILED            .00           .00
FIRST NATIONAL BANK OF M UNSECURED        NOT FILED            .00           .00
FIRST NATIONAL CREDIT CA UNSECURED        NOT FILED            .00           .00
FIRST PREMIER BANK       UNSECURED        NOT FILED            .00           .00
FIRST PREMIER BANK       UNSECURED        NOT FILED            .00           .00
FIRST SAVINGS CREDIT CAR UNSECURED        NOT FILED            .00           .00
GREAT LAKES SPECIALTY FI UNSECURED        NOT FILED            .00           .00
GREAT LAKES SPECIALITY   NOTICE ONLY      NOT FILED            .00           .00
ISAC                     UNSECURED        NOT FILED            .00           .00
IL STUDENT ASSIST COMMIS NOTICE ONLY      NOT FILED            .00           .00
MADISON PARK APTS        UNSECURED        NOT FILED            .00           .00
MADISON HYDE PARK APARTM NOTICE ONLY      NOT FILED            .00           .00
MERRICK BANK             UNSECURED        NOT FILED            .00           .00
MIDNIGHT VELVET          UNSECURED        NOT FILED            .00           .00
NICOR GAS                UNSECURED        NOT FILED            .00           .00
SALUTE/UTB               UNSECURED        NOT FILED            .00           .00
MADISON PARK APTS        NOTICE ONLY      NOT FILED            .00           .00
AMERICREDIT FINANCIAL SV SECURED VEHIC    NOT FILED            .00           .00
AMERICREDIT              NOTICE ONLY      NOT FILED            .00           .00
FIRST FRANKLIN           CURRENT MORTG          .00            .00           .00
FIRST FRANKLIN           CURRENT MORTG          .00            .00           .00
NATIONAL CITY FINANCE CO CURRENT MORTG          .00            .00           .00
NATIONAL CITY FINANCE CO CURRENT MORTG          .00            .00           .00
LORRAINE GREENBERG & ASS DEBTOR ATTY            .00                          .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 17684 STEPHANIE L PRINCE
```

```
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                              ---------------    ---------------
TOTALS                                  .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE









                              PAGE    2
           CASE NO. 08 B 17684 STEPHANIE L PRINCE